UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JUDY DYSON** | **CASE NO. 2:23-CV-00382** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KROGER CO ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## MEMORANDUM RULING

Before the Court is a "Motion to Dismiss with Prejudice" (Doc. 22) filed by Defendants, Coca-Cola Bottling Company—Gulf Coast, LLC, Ace American Insurance Company, and The Kroger Company (collectively referred to as "Defendants"), wherein Defendants move to dismiss all claims asserted in this lawsuit by Plaintiff, Judy Dyson.

## INTRODUCTION

On December 17, 2022, Plaintiff, represented by counsel, filed the instant lawsuit in state court;[1] Defendants subsequently removed the lawsuit to this Court. The lawsuit involves an incident in which Plaintiff tripped over a Coca-Cola display while shopping in the Kroger store. On October 31, 2023, this Court granted a motion to withdraw Plaintiff's counsel,[2] and Plaintiff has represented herself as a *pro se* plaintiff.

On December 21, 2023, after Plaintiff agreed to settle the case with all parties, Plaintiff executed a Receipt and Release of all Defendants.[3] The Receipt and Release included a commitment by Plaintiff to promptly filed the necessary pleadings to dismiss

---

[1] Doc. 1-5, p. 8.
[2] Doc. 16.
[3] Defendant's exhibit 1.

the lawsuit with prejudice and without reservation of any claims or rights.[4] Defendants inform the Court that they have fully paid the settlement amount, yet Plaintiff has failed to file the appropriate pleadings to dismiss this lawsuit. Defendants have made numerous attempts by Defendants to contact Plaintiff without success. Additionally, Defendants have emailed Plaintiff with the appropriate Motion to Dismiss, but Plaintiff has failed to respond.

## LAW AND ANALYSIS

The Court has reviewed the Receipt and Release and is convinced that Plaintiff agreed to settle this lawsuit as to all Defendants with prejudice. Plaintiff has failed to oppose the instant Motion to Dismiss, and the time for doing so has lapsed. As such, Defendants are entitled to a dismissal with prejudice.

**THUS DONE AND SIGNED** in Chambers on this 20th day of March, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[4] *Id.*